### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**DON A. KELLY, JR.**                                                                       **PLAINTIFF**

**V.**                          **CASE NO.: 4:11CV00849 BD**

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration**                                                 **DEFENDANT**

### JUDGMENT

The decision of Michael J. Astrue, Commissioner, Social Security Administration, is reversed and remanded for action consistent with the opinion in this case, and judgment is entered in favor of Don A. Kelly, Jr.  This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 18th day of January, 2013.

_____
UNITED STATES MAGISTRATE JUDGE